UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ATEF KHALIL, AMIRA TAWFIK,

Plaintiffs,

-vs- Case No. 6:10-cv-1324-Orl-28KRS

JACOBS ENGINEERING GROUP, INC.,

Defendant.

## ORDER

This case is before the Court on Joint Motion for Approval of FLSA Portion of Settlement (Doc. No. 42) filed February 22, 2012. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and consideration of the Joint Objections to the Report and Recommendation (Doc. 43), the Objections are **OVERRULED**. The Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed February 22, 2012 (Doc. No. 42) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion for Approval of FLSA Portion of Settlement (Doc. No. 41) is **DENIED**.

3. The parties are given thirty (30) days from the date of this Order to submit a revised settlement agreement and motion for a fairness finding.

DONE and ORDERED in Chambers, Orlando, Florida this 19th day of March, 2012.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record