# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ATEF KHALIL,  AMIRA TAWFIK,**

      **Plaintiffs,**

**-vs-**                                                                                  **Case No.  6:10-cv-1324-Orl-28KRS**

**JACOBS ENGINEERING GROUP, INC.,**

      **Defendant.**

_____

# ORDER

This case is before the Court on the Joint Motion to Enforce Settlement Agreement (Doc. No. 45) filed April 18, 2012.  The United States Magistrate Judge has submitted a report recommending that the motion be granted if the District Court finds that the release, as amended, does not undermine the fairness of the settlement.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed May 25, 2012 (Doc. No. 48) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Court finds that the release agreement, as amended, does not undermine the fairness of the settlement.

3. The Court further finds that the settlement is a fair and reasonable resolution of a bona fide dispute under the Fair Labor Standard Act.

4.  The Joint Motion to Enforce the Settlement Agreement (Doc. No. 45) is **GRANTED**.

5.  This case is dismissed with prejudice.

6.  The Clerk of the Court is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___13th___ day of June, 2012.

Copies furnished to:

United States Magistrate Judge
Counsel of Record

JOHN ANTOON II
United States District Judge